UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Jennifer Rowe,

            Petitioner,

   -against-

USA,

            Respondent.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 5, 2010

1: 10 Civ. 02387 (PAC)
1: 07 CR. 00771 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. In accordance with Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts, the United States Attorney for the Southern District of New York is hereby ordered to serve and file an answer by <u>Friday, June 4, 2010.</u> Respondent shall file with its answer the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts. Petitioner may serve and file reply papers by <u>Friday, June 25, 2010.</u> The Clerk of the Court is directed to serve by certified mail copies of this Order, the petition, and petitioner's memorandum, if any, upon the United States Attorney for the Southern District of New York.

Dated: New York, New York
       April 5, 2010

SO ORDERED

*[signature]*

PAUL A. CROTTY
United States District Judge

Copies Mailed To:

Jennifer Rowe
60406-054
FCI Danbury - Federal Correctional Institute
Route 37
Danbury, CT 06811

Edward Young Kyu Kim
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007